UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATHANIAL FRANCIS,

Plaintiff,

-against-

AZ VILLAS REALTY LLC; VILLAS MARKET PLACE INC.,

Defendants.

-----------------------------------------------------------------X

26-CV-5629 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendants' deadlines to answer or otherwise respond to the Complaint (ECF No. 1) are extended to **Wednesday, November 4, 2026.**

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

VALERIE FIGUEREDO
United States Magistrate Judge